IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 14-160 |
| DOMINIC VERDI | : | |

## ORDER

**AND NOW**, this **6th** day of **December**, **2016**, upon consideration of Defendant's Motion to Dismiss Count One and Defendant's oral Motion for Judgment of Acquittal on All Counts, and after oral argument at trial, it is hereby **ORDERED** that the Motion to Dismiss (Document No. 35) and the Motion for Judgment of Acquittal are **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**