IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 14-160-1 |
| DOMINIC VERDI | : | |
| | : | |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

    AND NOW, this 6th day of December, 2016, came the attorney for the Government and the defendant being present with counsel, and

[ ]    The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]    A jury has been waived, and the Court has found the defendant not guilty as to:

[X]    The jury has returned its verdict, finding the defendant not guilty as to: <u>Counts One through Six</u>

    **AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

_____
**Berle M. Schiller, J.**

cc: U.S. Marshal
    Probation Office
    Counsel

| 12/6/16 | EEJ |
|---|---|
| Date | By Whom |

Cr 1 (8/80)